# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————————

### No. 201700219

————————————————

### UNITED STATES OF AMERICA
Appellee

v.

### ARTEM V. KOKUEV
Lance Corporal (E-3), U.S. Marine Corps
Appellant

————————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander John T. Stephens, JAGC, USN.
Convening Authority: Commanding General, 3d MAW, MCAS
Miramar, SAN Diego, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Wilbur
Lee, USMC.
For Appellant: Lieutenant Commander Jon Taylor, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————————

Decided 7 November 2017

————————————————

Before MARKS, JONES, and WOODARD, *Appellate Military Judges*

————————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). In accordance with RULE FOR COURTS-MARTIAL 1114(c), MANUAL FOR COURTS-MARTIAL, UNITED STATES (2016 ed.), the supplemental promulgating order will reflect that the appellant was arraigned on Additional Charge II and its specification, which were subsequently withdrawn by the government. *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App.1998).

For the Court



R.H. TROIDL
Clerk of Court